UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| MINNESOTA LIFE INS. CO., | )<br>) |
| Interpleader, | ) No. 13 cv 2068 EJM<br>) |
| vs. | )<br>) ORDER |
| ANDREA CARADINE, et al., | )<br>) |
| Claimants. | ) |

This matter is before the court on the unresisted Report and Recommendation (R&R) of the Magistrate Judge, filed September 2, 2014. Accepted.

This is an interpleader action under Rule 22 F.R.Civ.P., with jurisdiction under 28 U.S.C. §1335.

The facts as pled in the interpleader complaint, and later found by the Magistrate Judge in the R&R, are that Minnesota Life Ins. Co. (MLIC) issued a group life insurance policy to Deere & Co. which insured the life of its then-employee James A. Caradine (Decedent). Upon Decedent's death, various claimants contested the distribution. MLIC filed this interpleader action and deposited the net proceeds of the policy into court. This court asked the Magistrate Judge to conduct a hearing into the proper recipients of the deposited funds and file an R&R.

The Magistrate Judge conducted the hearing on August 20, 2014, and filed his R&R on September 2, 2014. The R&R is unresisted. The R&R finds that the Decedent, in sound mind, validly signed a Beneficiary Designation on June 23, 2013, (Beneficiary Designation), four days before he died, and that the Beneficiary Designation controls the disbursement of the deposited funds.

It is therefore

ORDERED

Report and Recommendation accepted. Beneficiary Designation valid and controlling. Clerk shall distribute the funds in accordance with the Beneficiary Designation.

September 22, 2014

*Edward J. McManus*
Edward J. McManus, Judge
UNITED STATES DISTRICT COURT